## Atkins *v.* Flaherty et ux., Appellants.

Argued April 13, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Barney Phillips,* for appellants.

*Max U. Applebaum,* for appellee.

OPINION PER CURIAM, June 10, 1959:

The order of the court below is affirmed on the opinion of Judge MARSHALL, reported in 17 Pa. D. & C. 2d 143.